# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

KEVIN PAUL GERVASIO,

      Plaintiff,

V.           CASE NUMBER: 9:11-CV-1302

MR. BREWNO; HOWARD SMJITH; MACELLI; WEAVIER;
HORTON and RENSSELAER COUNTY SHERIFF'S DEPARTMENT,

      Defendants.

[x]     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b) due to plaintiff's failure to state a claim upon which relief can be granted and to comply with the terms set forth in the January 30, 2012 Order of Judge Mae A. D'Agostino.

<u>April 24, 2012</u>
DATE

*Laurence C. Baum*
Clerk of Court

ENTERED ON DOCKET:

*Nancy A. Steves*

4-24-12 by NAS           (BY) DEPUTY CLERK